

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00019-CV

| | | |
|---|---|---|
| Raymond R. Correa and Santa Rosado | § | From the 348th District Court |
| | § | of Tarrant County (348-256265-11) |
| v. | § | July 24, 2014 |
| | § | Per Curiam |
| Citimortgage, Inc. | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Raymond R. Correa and Santa Rosado shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM